**No. 67772.**—Schilling Import Company v. United States, protest 62/16936 (New York).

Opinion by DONLON, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.